## UNITED STATES of America, Plaintiff–Appellee,

v.

## Gumaro DE LA TORRE–CARRILLO, Defendant–Appellant.

### No. 03–51164. Conference Calendar

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Gumaro De La Torre–Carrillo, Three Rivers, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Appointed counsel for Gumaro De La Torre–Carrillo (De La Torre) has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). De La Torre has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.